## EL PUEBLO *v.* HERNÁNDEZ.

SOLICITUD para que se dicte auto de *Mandamus.*

No. 127.—Resuelto en junio 28, 1907.

MANDAMUS—APROBACIÓN DE UN PLIEGO DE EXCEPCIONES.—Un auto de *mandamus* no procede para obligar á un juez de distrito á que apruebe un pliego de excepciones, cuando aparece que éste no es fiel reflejo de lo ocurrido en el juicio, y no se justifica que el juez se haya negado á aprobar en pliego redactado correctamente y ajustado á la verdad de los hechos.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. José Guzmán Benítez.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El juez ha expresado varias razones para negarse á firmar el pliego de excepciones, pero la única que, en nuestra opinión es buena, es que el pliego de excepciones que le fué presentado no expresaba los hechos verídicamente. Las notas taquigráficas que se han presentado á este tribunal muestran que en el pliego de excepciones los hechos no están expresados completamente, aunque nos parece que fácilmente pudo haber hecho el juez las enmiendas necesarias, y si el peticionario presentara un pliego de excepciones enmendado, siguiendo las indicaciones hechas por el juez en su contestación, no vemos ninguna razón que impidiera que el juez aprobara y firmara el

mismo.   Nosotros no podemos ordenar al juez que lo firme en la forma en que está redactado y debe desestimarse la solicitud para que se dicte auto de *mandamus*.

*Denegado.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández y Figueras.

El Juez Asociado Sr. MacLeary también concurrió, aunque por razones distintas á las expresadas en la opinión.